UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERRISH CASTANEDA, | No. 2:24-cv-0788-DC-SCR |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Before the Court is Plaintiff's motion for a 60-day extension of time to file her Second Amended Complaint ("SAC"). ECF No. 12. On October 28, 2025, upon screening Plaintiff's First Amended Complaint ("FAC"), the Court issued an order allowing her 28 days to file an SAC amending claims that the Court found deficient in the FAC. ECF No. 11 at 1-2, 17.

Plaintiff now seeks an extension of time to January 23, 2026 to file an SAC, in part because a mold contamination has displaced her family from their home and left her without a stable workspace or internet. ECF No. 12 at 3-4. Plaintiff further seeks a finding from the Court that such extension is required as a "reasonable modification" under the ADA. *Id*. The Court finds good cause for an extension of time. The Court need not reach the issue presented by

1

Plaintiff concerning an accommodation under the ADA.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for extension of time (ECF No. 12) is GRANTED.

2. Plaintiff shall file an SAC on or before January 23, 2026.

**SO ORDERED**.

DATED: December 5, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE